UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAY 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>YUEQIANG CHEN,<br>　　　　Defendant. | Case Number<br>CR 06-70307RS<br><br><br>ORDER—CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[X]　THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ __200.00__ PER MONTH, until the case is concluded or until further order of the Court, commencing:

　[ ]　That certain date of _____ and the SAME DAY each month thereafter;

　[X]　The first day of __JUNE, 2006__ and the FIRST DAY of each month thereafter;

　[X]　MAIL TO:　Clerk, U. S. District Court
　　　　　　　　 280 South First Street, Room 2112
　　　　　　　　 San Jose, CA.　95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ]　THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

　[ ]　That certain date of _____ ;

　[ ]　MAIL TO:　Clerk, U. S. District Court
　　　　　　　　 280 South First Street, Room 2112
　　　　　　　　 San Jose, CA.　95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED:　5/18/06

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD SEEBORG, U. S. MAGISTRATE JUDGE

cc: Defense Counsel, Defendant, AUSA, Finance Office, Probation